JOHN ERICKSON v. MARSH & MC LENNAN CO., INC.

December 6, 1988.

Petition for certification granted. (See 227 *N.J.Super.* 78)

MARY ANN GRIGOLETTI, ET AL. v. ORTHO PHARMACEUTICAL
CORPORATION, ET AL.

December 6, 1988.

Petition for certification granted. (See 226 *N.J.Super.* 518)

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL
AND TWO CODICILS OF WILLIAM S. FORD, DECEASED.

ILONA F. FORD, ET AL. v. JOHN M. FORD, ET AL.

December 6, 1988.

Petition for certification denied.

TOWNSHIP OF WARREN v. MARION R. SUFFNESS, ET AL.

December 6, 1988.

Petition for certification denied. (See 225 *N.J.Super.* 399)